# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LORRAINE C. VOLPONE, in her individual and representative capacity; ANDY'S AUTOMOTIVE LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:15-CV-01342-JGB-KK<br><br>**ORDER** |

## ORDER

The entire case is hereby ordered dismissed with prejudice.

Dated: November 23, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE